234 

RUTGERS ASSOCIATION OF BETA THETA PI, RESPOND-
ENT, v. CITY OF NEW BRUNSWICK ET AL., APPEL-
LANTS.

Argued May 21, 1941—Decided September 19, 1941.

For the respondent, *Hicks, Kuhlthau, Thompson &
Deshler.*

For the appellants, *Paul W. Ewing.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion *per curiam* in the
Supreme Court.

*For reversal*—None.